

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

Thomas G. Bruton 312-435-5670
Clerk

Re: Renderos, et al v. Clearview AI, Inc. et al

USDC Number: 21cv5286

MDL Number: 2967

Dear Counselor:

We hereby acknowledge receipt of the record, which was transferred to our court from the USDC Northern California. The case number assigned to the above case is 21cv5286. Judge Sharon Johnson Coleman is assigned to the case.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

Sincerely,
Thomas G. Bruton, Clerk

By: G. Young
    Deputy Clerk

Case: 1:21-cv-05286 Document #: 31 Filed: 11/19/21 Page 2 of 2 PageID #:282